John J. Talton, Chapter 13 Trustee  Check No. 834185  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-60291 | 003-0 | JOHNNY EUGENE WALKER<br>Original Check written to:<br>ANDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxxxxxx006} | 0.00 | 782.48 | 47.92 | 830.40 |
| 06-60333 | 112-0 | PAUL R. CLARK<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxxxxxxxxxx8743 | 986.75 | 84.14 | 0.00 | 84.14 |
| 06-60333 | 113-0 | PAUL R. CLARK<br>Original Check written to:<br>ATTORNEY GENERAL OF TEXAS<br>CHILD SUPPORT DISBURSEMENT<br>P O BOX 659791<br>SAN ANTONIO, TX  78265-9941 | | 0.00 | 167.00 | 0.00 | 167.00 |
| 06-60493 | 014-0 | THOMAS HAWKINS<br>Original Check written to:<br>SECURITY FINANCE<br>CENTRAL BANKRUPTCY & RECOVERY DEPT<br>652 BUSH RIVER RD. STE 206<br>COLUMBIA, SC  29210- | xxxxx6212 | 473.80 | 388.67 | 0.00 | 388.67 |
| 06-60493 | 015-0 | THOMAS HAWKINS<br>Original Check written to:<br>BAC HOME LOANS SERVICING LP<br>7105 CORPORATE DRIVE<br>PLANO, TX  75024- | 0073 | 0.00 | 1,781.34 | 392.04 | 2,173.38 |
| 08-60059 | 013-0 | ALAN DALE CRAWFORD<br>Original Check written to:<br>AMERICAN GENERAL FINANCE<br>1700 SSE LOOP 323 #320<br>TYLER, TX  75701 | xxxxxxxxxxx2533 | 0.00 | 284.18 | 2.37 | 286.55 |
| 08-60059 | 026-0 | ALAN DALE CRAWFORD<br>Original Check written to:<br>GLOBAL ALARMS<br>P.O. BOX 580<br>WHITEHOUSE, TX  75791- | 0340 | 0.00 | 119.76 | 11.00 | 130.76 |